UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends

Debtor: WILDES, DANIEL RAYMOND

Chapter 7 Case No. 05-30676-DDO

Unclaimed Dividends

| Name and Address of Payee | Amount Claimed | Amount Paid |
|---|---|---|
| ANCHOR BANK<br>C/O T CHRIS STEWART<br>6120 OREN AVE N<br>STILLWATER, MN 55082 | 7867.12 | 178.37 |
| TOTAL | 7867.12 | 178.37 |

Date: June 16, 2010

John A. Hedback, Trustee